THE STATE OF MISSOURI, Respondent, *v.* JAMES P. ELENOR, Appellant.

1. Judgment reversed and cause remanded.

*Appeal from Butler Circuit Court.*

*N. Myers*, with *Chapman & Snoddy*, for appellant.

*Ira E. Leonard*, for respondent.

CURRIER, Judge, delivered the opinion of the court.

This is a slim case. The defendant was indicted for laboring on Sunday. At the trial the prosecuting witness was unable to fix with certainty upon either the day or year in which the work complained of was done. The defendant offered to show on what day the work was in fact done, but the evidence was excluded; and for that reason, if for no other, the judgment must be reversed and the cause remanded. The other judges concur.